Henry J. and Charles Aaron, for appellant; Franklin Raber, of counsel. Brown, Brown & Brown, for appellee.
Mr. Justice Dever delivered the opinion of the court.

---

Angelo Vintaloro, appellant, v. Tom Pappas et al., appellees. Gen. No. 26,363.
Action for forcible detainer. Judgment for defendants on a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed May 16, 1921.
Ernest C. Reniff and Daniel Webster, for appellant. Max C. Liss and Meyer M. Willner, for appellees; Max C. Liss, of counsel.
Mr. Justice Dever delivered the opinion of the court.

---

Ben Stapansky and Philip Quinn, appellees, v. Peter P. Stafford and Walter W. Stafford, appellants. Gen. No. 26,393.
Action for forcible detainer. Judgment for plaintiff on an instructed verdict. Appeal from the Municipal Court of Chicago; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.
Frank M. Padden and Max C. Liss, for appellants; Max C. Liss, of counsel. Alex M. Golman, for appellees; Charles T. Kramer, of counsel.
Mr. Justice Dever delivered the opinion of the court.

---

Anna E. Montgomery, appellee, v. R. C. Woods, appellant. Gen. No. 26,414.
Suit for forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the October term, 1920. Reversed with finding of fact and judgment here. Opinion filed May 16, 1921. Rehearing denied May 31, 1921.
Fischel & Kahn, for appellant. O. W. Jurgens, for appellee.
Mr. Justice Dever delivered the opinion of the court.

---

A. P. Callahan & Company, appellee, v. T. H. Flood & Company and L. J. Flood, appellants. Gen. No. 26,430.
Action upon a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1920. Affirmed with statutory damages. Opinion filed May 16, 1921. Rehearing denied May 31, 1921. Certiorari denied by Supreme Court (making opinion final).
Timothy J. Fell, for appellants. Clithero & Swett, for appellee, Frank W. Swett, of counsel.
Mr. Justice Dever delivered the opinion of the court.

---

Fred Rickert, appellant, v. R. F. Engelhart, appellee. Gen. No. 26,442.
Suit in Municipal Court on a transcript of a judgment entered before a justice of the peace. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, pre-

siding. Heard in this court at the October term, 1920. Reversed and judgment here. Opinion filed May 16, 1921.

Rathje, Lawlor & Connor, for appellant. No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Edward B. Forslund, appellee, v. Northwestern Electric Company, appellant. Gen. No. 26,129.

Suit to recover commissions for the sale of machinery. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

Edward L. England, for appellant. Musgrave, Oppenheim & Lee, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

William B. Baker, appellant, v. Eline M. Jensen et al., appellees. Gen. No. 26,241.

Suit upon an injunction bond. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

C. W. Greenfield, for appellant. Charles S. Deneen, for appellee James Peterson.

Mr. Justice McSurely delivered the opinion of the court.

---

Frank Ninberg, by May Belle Spencer, plaintiff in error, v. Kraus Brothers Loewy Company, defendant in error. Gen. No. 26,317.

Suit by a guardian for damages for personal injuries received by a boy when struck by defendant's automobile. Judgment for plaintiff for a nominal sum and plaintiff brings error. Error to the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

Finn & Miller, for plaintiff in error. Gallagher, Kohlsaat & Rinaker, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Kate Smith, appellee, v. G. W. Cramer, appellant. Gen. No. 26,411.

Action on the case for slander and for assault and battery. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed May 16, 1921.

Huttmann, Cloyes & Klingler, for appellant. Anthony J. Schmidt, for appellee; Thomas J. O'Hare, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Hazelle Curtiss Ade, appellee, v. Charles Stein, appellant. Gen. No. 26,465.

Consolidated suits for personal injuries and damage to plaintiff's automobile by collision with an automobile claimed to be owned by defendant. Judgment for plaintiff. Appeal from the Superior Court